E. JEFFREY GRUBE (SB# 167324)
JENNIFER A. BLACKSTONE (SB# 226951)
AMY C. HIRSH (SB# 246533)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffgrube@paulhastings.com
jenniferblackstone@paulhastings.com
amyhirsh@paulhastings.com

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

ROBERT P. HENK (SB# 147490)
SHERI L. LEONARD (SB#173544)
LAW OFFICES OF HENK LEONARD
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:  (916) 787-4544
Facsimile:  (916) 787-4530
henkleonard@aol.com

Attorneys for Plaintiff
LAWRENCE LEE WILLIAM BUTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAWRENCE LEE WILLIAM BUTT,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. and DOES 1 through 5, inclusive,<br><br>Defendant. | CASE NO. 08-CV-01017-LKK-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

CASE NO 08-CV-01017-LKK-DAD                                                 STIPULATION OF DISMISSAL; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED by and between the parties hereto, though their
2  respective counsel, that Plaintiff LAWRENCE LEE WILLIAM BUTT shall dismiss, and hereby
3  does dismiss, all claims against defendant UNITED PARCEL SERVICE, INC. and this entire
4  action, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a) with each side to bear
5  its own costs and attorneys' fees.

7  DATED:  November 7, 2008          E. JEFFREY GRUBE
                                      JENNIFER A. BLACKSTONE
8                                     AMY C. HIRSH
                                      PAUL, HASTINGS, JANOFSKY & WALKER LLP

11                                    By:/s/
                                            AMY C. HIRSH

                                      Attorneys for Defendant
13                                    UNITED PARCEL SERVICE, INC.

14  DATED:  November 7, 2008          ROBERT P. HENK
                                      SHERI L. LEONARD
15                                    HENK LEONARD

17                                    By:/s/
18                                          ROBERT P. HENK

19                                    Attorneys for Plaintiff
                                      LAWRENCE LEE WILLIAM BUTT

**ORDER**

WHEREAS, the parties having stipulated, pursuant to Federal Rules of Civil Procedure 41(a), IT IS ORDERED that all claims against defendant UNITED PARCEL SERVICE, INC. and this action, are dismissed with prejudice with each side to bear its own costs and attorneys' fees.

DATED:  November 14, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com